IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOROTHY N. STEVENSON : | |
| Plaintiff, | |
| | CIVIL ACTION |
| v. : | NO. 14-4073 |
| WAL-MART STORES, INC. | |
| Defendant. : | |

**ORDER**

AND NOW, this 12th day of January, 2015, upon consideration of Plaintiff's Motion to Remand (Doc. No. 6) and Defendant's Response thereto (Doc. No. 7), it is hereby ORDERED that said Motion is GRANTED and the above-captioned matter is hereby REMANDED to the Philadelphia Court of Common Pleas.   The Clerk of Court shall mark this action CLOSED.

It is further ORDERED that Plaintiff's request for attorney's fees is DENIED.

BY THE COURT:

/s/   C. Darnell Jones, II            J.